1  BARRY J. PORTMAN
   Federal Public Defender
2  Angela M. Hansen
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant  Dasa
6

**FILED**

MAR 1 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR- 4-11-70271
                                       )
12                  Plaintiff,         )
                                       )   Assertion of Fifth and Sixth Amendment
13  vs.                                )   Rights
                                       )
14  Vishal Dasa          ,             )
                                       )
                    Defendant.         )
15  _____ )

16

17      I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to

18  remain silent and to have counsel present at any and all of my interactions with the government

19  or others acting on the government's behalf.  I do not wish to, and will not, waive any of my

20  constitutional rights except in the presence of counsel.  I do not want the government or others

    acting on the government's behalf to question me, or to contact me seeking my waiver of any

21  rights, unless my counsel is present.

22

23  _____    3/17/11    10:17
    Defendant                      Date       Time
24
    _____    3/17/11    10:17
25  Assistant Federal Public Defender  Date   Time

26

Assertion of Fifth and Sixth Amendment Rights

Document No.

District Court
Criminal Case Processing