AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of California

RECEIVED
UNITED STATES
MAR 15 AM 10:06

FILED
MAR 18 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) |
| v. | ) |
| VISHAL DASA | ) Case No. 4-11-70271 MAG |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court<br>Ronald V. Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom No.: 4 |
| | Date and Time: 03/17/2011 9:30 am |

This offense is briefly described as follows:
Visa fraud, in violation of Title 18, United States Code, Section 1546(a).

Date: 3/15/11

_Issuing officer's signature_

DONNA RYU  US. MAGISTRATE JUDGE
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____                        _____
                                            _Server's signature_

                                            _____
                                            _Printed name and title_

Document No.
District Court
Criminal Case Processing

Case No.

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: VISHAL DASA

Last known residence: 

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 3/17/11

Server's signature: *Please See Attached Proof of Service.*

Printed name and title: *Proof of Service is attached.*

Remarks:

AO 83 (Rev. 06/09) Summons in a Criminal Case



RECEIVED
UNITED STATES MARSHAL
2011 MAR 15 AM 10: 38
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| VISHAL DASA | ) Case No. 4-11-70271 |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>Ronald V. Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom No.: 4 |
|---|---|
| | Date and Time: 03/17/2011 9:30 am |

This offense is briefly described as follows:
Visa fraud, in violation of Title 18, United States Code, Section 1546(a).

Date: 3/15/11

_____
Issuing officer's signature

DONNA RYU  US. MAGISTRATE JUDGE
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 3/16/11

_____
Server's signature

YANCY PETROVITCIL   DEPUTY US MARSHAL
Printed name and title

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: VISHAL DASA

Last known residence

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)* 3/16/11 .

☒ I personally served the summons on this defendant   VISHAL DASA   at *(place)*   on *(date)* 3/16/11 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: 3/16/11

*Server's signature*

YANCY PETROVJTCH   DEPUTY US MARSHAL
*Printed name and title*

Remarks:

RAMA PT