AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED

MAY - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VISHAL DASA | ) | Case No. 4-11-70271 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>Ronald V. Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom No.: 4 |
|---|---|
| | Date and Time: 03/17/2011 9:30 am |

This offense is briefly described as follows:

Visa fraud, in violation of Title 18, United States Code, Section 1546(a).

Date: 3/15/11

_____
*Issuing officer's signature*

DONNA RYU U.S. MAGISTRATE JUDGE
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 3/15/2011

_____
*Server's signature*

Jason Mackey Special Agent
*Printed name and title*

Document No.

District Court
Criminal Case Processing

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:    VISHAL DASA _____

Last known residence: _____    _____

_____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of

process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the

United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)*    3/15/2011 _____ .

☒ I personally served the summons on this defendant    Vishal Dasa _____ at

*(place)* _____ on *(date)*    3/16/2011 ___ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____ , a person of suitable age and discretion who resides

there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,

who is authorized to receive service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ and I mailed a copy to

the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date returned: _____        _____

                                                                              *Server's signature*

                                                                _____

                                                                              *Printed name and title*

Remarks: