| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 16 mins. | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR 10:06-10:22 | | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | | DATE<br>5/4/11 | | NEW CASE<br>☐ | CASE NUMBER<br>4-11-70271-MAG | |

## APPEARANCES

| DEFENDANT<br>VISHAL DASA | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Angela Hansen | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wade Rhyne | | INTERPRETER<br>None | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | FURTHER |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG<br>NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD<br>~~TRIAL SET~~ 5 mins. |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>NOT HELD | ☒ BOND HEARING<br>HELD 11 mins. | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAY 4 - 2011**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE       OR FURTHER

| TO:<br>6/6/11 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>LAUREL BEELER | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: HIS PRELIM. HRG. OR ARRAIGN. ON INDICTMENT & FROM SPEEDY TRIAL ACT CALCULATION FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REL HEARING |

### ADDITIONAL PROCEEDINGS

cc: DMR's Stats, Lashanda

Govt's atty. told Court that the parties are making a lot of progress; they've been exchanging discovery & they've been discussing pre-indictment resolution of this matter. Upon the joint agreement of the parties, the Court modified deft's release conditions: 1. deft. will be placed on Pret. Svcs. supervision; 2. instead of deft. being on ICE elec. mon., deft. will be placed on Pret. Svcs' elec. mon.; 3. deft. will subject to curfew via Pret. Svcs's elec. mon.-- Mon. to Thurs. (10:00 pm to 6:00 am) & Fri. to Sun. (12:00 midnight to am). 4. This Court will **no longer ENFORCE** that the deft. must comply with all of the conditions of ICE. The Court explained to the deft. that he still needs to follow whatever Orders & conditions that were given to him by ICE. Deft. should install a landline at his residence ASAP.