UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

4-11-70 [handwritten]

FILED
JUN 6 2011
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR-11-0262 LB |
|        *Plaintiff,* | ) | |
| v. | ) | STIPULATED ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| VISHAL DASA, | ) | |
|        *Defendant.* | ) | |

For the reasons stated by the parties on the record on ___JUNE 6___, 2011, the Court excludes time under the Speedy Trial Act from ___JUNE 6___, 2011 to _____, 2011 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
     *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

FOR THE REASONS STATED ON THE RECORD TIME IS EXCLUDED UNDER §3161(b) AND RULE 5.1.

**IT IS SO ORDERED.**

DATED: 1/6/11

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____
          Attorney for Defendant

_____
Assistant United States Attorney



Document No. 15
District Court
Criminal Case Processing