DOCUMENTS UNDER SEAL       TOTAL TIME (mins):   8 mins.

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR 10:07-10:15 | |
|---|---|---|---|
| MAGISTRATE JUDGE DONNA M. RYU | DATE 7/11/11 | NEW CASE ☐ | CASE NUMBER 4-11-70271-MAG |

## APPEARANCES

| DEFENDANT VISHAL DASA | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Angela Hansen | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Wade Rhyne | | INTERPRETER None | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Richelle Bracamonte | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR — FURTHER

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD ~~TRIAL SET~~ 4 mins. |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT NOT HELD | ☒ BOND HEARING HELD 4 mins. | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

JUL 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE — OR FURTHER

| TO: 8/8/11 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. LAUREL BEELER | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: HIS PRELIM. HRG. OR ARRAIGN. ON INDICTMENT & FROM SPEEDY TRIAL ACT CALCULATION FOR EFFECTIVE PREP. OF COUNSEL FROM 7/11/11 TO 8/8/11 | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 (b) and Rule 5.1 (c) & (d) | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Pursuant to the Stip. of the parties, the Court agreed to modify the release conditions of the deft: deft's elec. mon. condition shall be removed, & deft. shall subject to telephone call-in curfew from 1:00 am to 6:00 am (least restrictive. Pret. Svcs. to set it up that deft. shall call-in once during that time period); all other release conditions shall remain in full force & effect. Govt's atty. said that the parties made some reciprocal discovery. Govt's atty. continues to review the voluminous computer records in the rel. parent Tri Valley Univ. Computer System case. Since the govt. anticipates charging the deft. with Visa Fraud, govt. needs to find out the no. of docs. he's involved in from those records. Parties jointly asked the Court for 3-4 wks. cont. to allow the parties to finish reviewing the discovery & to engage in pre-indictment plea negotiations – GRANTED.  cc: DMR's Stats, Lashanda, Pret. Svcs. Financial