~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Donna M. Ryu
U.S. Magistrate Judge

RE: Vishal Dasa

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4:11-70271 MAG

DATE: July 22, 2011

FILED
JUL 27 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados, Specialist
U.S. PRETRIAL SERVICES OFFICER

408-535-5223
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. **The defendant shall participate in Mental Health Counseling as directed by Pretrial Services**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

7/27/11
DATE

Cover Sheet (03/26/08)