**FILED**
SEP - 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Donna M. Ryu  U.S. Magistrate Judge | **RE:** | Vishal Dasa |
| **FROM:** | Roy Saenz, Chief U.S. Pretrial Services Officer | **DOCKET NO.:** | 4:11-70271 MAG |
| **DATE:** | September 6, 2011 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Gelareh Farahmand__                                    __408-535-5584__
**U.S. PRETRIAL SERVICES OFFICER**           **TELEPHONE NUMBER**

**RE:    VIOLATION NOTICE**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____          9/9/11
**JUDICIAL OFFICER**                              **DATE**

Cover Sheet (02/07/2011)



Document No.
District Court
Criminal Case Processing

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.,<br><br>            Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br><br>            Defendant. | Case Number: 4-11-70271-MAG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2011, I SERVED a true and correct copy of the attached Order, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Hartley M.K. West
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102

Angela Hansen
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, CA  94607

Dated: September 9, 2011

                                                Richard W. Wieking, Clerk

                                                By: Ivy Garcia, Deputy Clerk