MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov
           wade.rhyne@usdoj.gov

Attorneys for Plaintiff

RECEIVED
SEP 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-70271 MAG |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING APPEARANCE FROM SEPTEMBER 19, 2011, TO OCTOBER 11, 2011, AND EXCLUDING TIME; [PROPOSED] ORDER |
| v. | |
| VISHAL DASA, | |
| Defendant. | |

     The defendant, VISHAL DASA, represented by his attorney, Angela Hansen, and the government, represented by Assistant United States Attorneys Wade Rhyne and Hartley West, stipulate to continue the appearance now calendared for September 19, 2011, to October 11, 2011, for arraignment on an Information and waiver of indictment. The parties further agree that it is appropriate to exclude time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel.

     Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 19, 2011, and October 11, 2011, would

STIPULATION CONTINUING APPEARANCE
& EXCLUDING TIME; [PROPOSED] ORDER
CR CR 11-70271 MAG

unreasonably deny defendant continuity of counsel and would unreasonably deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 19, 2011, and October 11, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 19, 2011, and October 11, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and under Federal Rule of Criminal Procedure 5.1.

DATED: 9-15-11

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

APPROVED AS TO FORM:

ANGELA HANSEN
Counsel for Defendant,
Vishal Dasa

HARTLEY M. K. WEST
WADE M. RHYNE
Assistant U.S. Attorney

STIPULATION CONTINUING APPEARANCE
& EXCLUDING TIME; [PROPOSED] ORDER
CR CR 11-70271 MAG                    -2-