## FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 21, 2011

**By hand delivery**

The Honorable Donna M. Ryu
United States Magistrate Judge
Northern District of California
1301 Clay Street, Chambers 210C
Oakland, CA 94612

RECEIVED SEP 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED SEP 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:  ***United States v. Vishal Dasa,***
     **CR 4:11-70271 MAG**

Dear Judge Ryu:

    I write to request that the Court set this matter on Friday, September 23, 2011, at 9:30 a.m., for a bail review hearing. Mr. Dasa was summonsed to appear on March 17, 2011, on an under-seal complaint alleging visa fraud in violation of 18 U.S.C. § 1546(a). The complaint remains underseal, and this case is set for arraignment on October 11, 2011. As the Court may recall, this case is related to a larger investigation and indictment, *United States v. Susan Su*, CR-11-00288 SBA.

    At his initial appearance, the Court released Mr. Dasa on conditions that included electronic monitoring. A few months later the Court prescribed a flexible electronic monitoring schedule. In July 2011, the Court removed Mr. Dasa from electronic monitoring and imposed a curfew that is verified by a computer-generated telephone call to Mr. Dasa's home in the middle of the night. At this time, given Mr. Dasa's full compliance with the conditions of his release and the length of time that he has been on pretrial supervision, Mr. Dasa would like to request that the Court lift the curfew restriction. San Jose Pretrial Services Officer Gelareh Farahmand is in agreement with this modification. It is my understanding that government counsel Wade Rhyne has no objection to this request.

    In addition, Mr. Dasa requests that the Court lift the mental health counseling condition that was imposed – at his request – in July 2011. Officer Farahmand would like an opportunity to discuss this requested modification with the Court. For this reason, the parties would like to appear before the Court on Friday, September 23, 2011.



Document No. 23
District Court
Criminal Case Processing

The Honorable Donna Ryu
September 21, 2011
Page 2

                                          Respectfully submitted,

                                          BARRY J. PORTMAN
                                          Federal Public Defender

                                          ANGELA M. HANSEN
                                          Assistant Federal Public Defender

cc:    Wade Rhyne (by hand delivery)
        Officer Gelareh Farahmand (by fax)