# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. §§ 371, 1546(a) -- Conspiracy to Commit Visa Fraud; 18 U.S.C. § 982(a)(6)(A)(ii) -- Visa Fraud Forfeiture

☐ Petty
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment; forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
▶ VISHAL DASA

**DISTRICT COURT NUMBER**
CR 11 0742 SBA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Department of Homeland Security, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 11-70271

Name and Office of Person Furnishing Information on this form: Hartley West, AUSA
☑ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Wade Rhyne/Hartley West

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: Oct. 11, 2011/9:30 a.m.   Before Judge: Hon. Laurel Beeler

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. §§ 371, 1546(a) -- Conspiracy to Commit Visa Fraud; 18 U.S.C. § 982(a)(6)(A)(ii) -- Visa Fraud Forfeiture

☐ Petty
☐ Misdemeanor
☒ Felony

**PENALTY:**
5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment; forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 2011 OCT -7 P 3:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DEFENDANT**
ANJI REDDY DIRISANALA

**DISTRICT COURT NUMBER**
CR 11 0742 SBA

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Department of Homeland Security, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 11-70467

Name and Office of Person Furnishing Information on this form: Hartley West, AUSA
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Wade Rhyne/Hartley West

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶_____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Oct. 11, 2011/9:30 a.m.    Before Judge: Hon. Laurel Beeler

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. §§ 371, 1546(a) -- Conspiracy to Commit Visa Fraud; 18 U.S.C. § 982(a)(6)(A)(ii) -- Visa Fraud Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment; forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2011 OCT -7 P 3: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DEFENDANT**
▶ RAMAKRISHNA KARRA

**DISTRICT COURT NUMBER**
CR 11 0742 SBA

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Department of Homeland Security, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO. CR 11-70468

Name and Office of Person Furnishing Information on this form: Hartley West, AUSA
☑ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Wade Rhyne/Hartley West

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
 If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
 Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
 If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Oct. 11, 2011/9:30 a.m.   Before Judge: Hon. Laurel Beeler

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. §§ 371, 1546(a) -- Conspiracy to Commit Visa Fraud; 18 U.S.C. § 982(a)(6)(A)(ii) -- Visa Fraud Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment; forfeiture

**DEFENDANT**
TUSHAR TAMBE

**DISTRICT COURT NUMBER**
CR 11-0742 SBA

---

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
U.S. Department of Homeland Security, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

CR 11-77369

**Name and Office of Person Furnishing Information on this form** Hartley West, AUSA

☑ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)** Wade Rhyne/Hartley West

---

**DEFENDANT**

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District of California

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: Oct. 11, 2011/9:30 a.m.    Before Judge: Hon. Laurel Beeler

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

E-filing

FILED
2011 OCT -7 P 3: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11 0742 SBA |
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. §§ 371, 1546(a) – Conspiracy to Commit Visa Fraud; 18 U.S.C. § 982(a)(6)(A)(ii) – Visa Fraud Forfeiture |
| VISHAL DASA, ANJI REDDY DIRISINALA, RAMAKRISHNA REDDY KARRA, and TUSHAR TAMBE, | (OAKLAND VENUE) |
| Defendants. | |

INFORMATION

The United States Attorney charges:

1. Beginning in or about December 2009, and continuing through in or about January 2011, in the Northern District of California and elsewhere, the defendants,

VISHAL DASA,
ANJI REDDY DIRISINALA,
RAMAKRISHNA REDDY KARRA, and
TUSHAR TAMBE,

and others did knowingly and willfully conspire to execute and attempt to execute a material scheme to commit offenses against the United States, namely forging and falsely making

INFORMATION

documents prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, specifically, Certificates of Eligibility for Nonimmigrant (F-1) Student Status, also known as Forms I-20, in violation of Title 18, United States Code, Section 1546(a).

<u>OVERT ACTS</u>

2. In furtherance of the conspiracy and to effect the objects of that conspiracy, in the Northern District of California and elsewhere, the defendants and others committed the following overt acts:

   a. On or about January 25, 2010, pursuant to a referral agreement, KARRA recruited non-immigrant student M.M. to Tri-Valley University (TVU), for which KARRA subsequently received a $1,200 commission check drawn on TVU's Wells Fargo Bank account - 0454.

   b. On or about May 5, 2010, DIRISANALA knowingly and falsely created a Form I-20 for TVU student S.D.

   c. On or about August 11, 2010, TAMBE knowingly and falsely created a Form I-20 for TVU student M.R.

   d. On or about September 7, 2010, DASA knowingly and falsely created a Form I-20 for TVU student R.B.

All in violation of Title 18, United States Code, Section 371.

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 982(a)(6)(A)(ii) – Visa Fraud Forfeiture)

3. Paragraphs 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii).

4. Upon conviction of conspiracy to commit visa fraud, a violation of Title 18, United States Code, Sections 371 and 1546(a), the defendants,

> VISHAL DASA,
> ANJI REDDY DIRISINALA,
> RAMAKRISHNA REDDY KARRA, and
> TUSHAR TAMBE,

INFORMATION                                   2

1 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section
2 | 982(a)(6)(A)(ii), any property, real or personal (I) that constitutes, or is derived from or is
3 | traceable to the proceeds obtained directly or indirectly from the commission of the offense of
4 | conviction; or (II) that is used to facilitate, or is intended to be used to facilitate, the commission
5 | of the offense of conviction.

     5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

     All pursuant to 18 U.S.C. § 982(a)(6)(A)(ii).

DATED: October 7, 2011

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____ )
AUSAs WEST/RHYNE

INFORMATION           3