Case4:11-cr-00742-SBA Document30 Filed10/11/11 Page1 of 1

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) Case No. 11-742 SBA |
| Vishal Dasa | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/11/11

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Angela M. Hansen
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Laurel Beeler**
**United States Magistrate Judge**
*Judge's printed name and title*

FILED
OCT 11 2011
RICHARD W. WIEKING
DISTRICT COURT
OAKLAND OF CAL.