*FILED*

OCT 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,          )     Case No. CR 11-0742 SBA
                                    )
          *Plaintiff,*              )     STIPULATED ORDER EXCLUDING TIME
     v.                             )     UNDER THE SPEEDY TRIAL ACT
                                    )
Vishal Dasa, Anji Reddy Dirisanda, )
Ramakrishna Reddy Karra, Tushar Tambe )
          *Defendant.*              )

or the reasons stated by the parties on the record on ___Oct. 11___, 2011, the Court excludes time under the peedy Trial Act from ___Oct. 11___, 2011 to ___Nov. 7___, 2011 and finds that the ends of justice served y the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____  The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__  Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: __10/11/11__

STIPULATED: _____          _____
                 Attorney for Defendant Dasa              LAUREL BEELER
                                                          United States Magistrate Judge

             _____
                 Attorney for Anji Dirisanala          _____
                                                          *Hartley* M West
             _____                    Assistant United States Attorney
                 Attorney for Ramakrishna Karra

             _____
                 Attorney for Tushar Tambe