1 | BARRY J. PORTMAN
Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant DASA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00742 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE** |
| ) | |
| VISHAL DASA, ) | |
| ) | **The Honorable Laurel Beeler** |
| Defendant. ) | |
| _____ ) | |

Defendant, Vishal Dasa, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and Assistant United States Attorney Wade Rhyne, stipulate and agree that the Court should modify the conditions of Mr. Dasa's release to allow him travel to the Central District of California and to reside there and be supervised in that district. Mr. Dasa makes this request because he obtained a verified job with Horizon Technologies, Inc., located at 12400 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90025. Mr. Dasa plans to reside in the Central District at 4829 West 120th Street, Hawthorne, CA, 90250.

Pretrial Services Officer Gelareh Farahmand has no objection to this request to modify Mr. Dasa's pretrial release to allow him to travel and to live in the Central District of California. Once this stipulation is processed and approved by the Court, Officer Farahmand plans to arrange to have Mr. Dasa supervised out of the Central District of California. The parties agree that all

Travel Stipulation, 11-00742 SBA (LB)    1

1    other conditions of Mr. Dasa's pretrial release shall remain in effect.

3    October 17, 2011                             /S/
                                         ANGELA M. HANSEN
                                         Assistant Federal Public Defender

5    October 17, 2011                             /S/
                                         WADE RHYNE
                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| Plaintiff, | ) ) | ~~[PROPOSED]~~ **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) ) | |
| VISHAL DASA, | ) | **The Honorable Laurel Beeler** |
| Defendant. | ) ) ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set by the Court are modified to allow Vishal Dasa to travel to the Central District of California and to reside there. All other conditions of Mr. Dasa's pretrial release shall remain in effect.

October 17, 2011

_____
LAUREL BEELER
United States Magistrate Judge

Travel Stipulation, 11-00742 SBA (LB)          3