GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DASA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00742 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE** |
| ) | |
| VISHAL DASA, ) | |
| ) | **The Honorable Donna M. Ryu** |
| Defendant. ) | |
| _____ ) | |

Defendant, Vishal Dasa, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and Assistant United States Attorney Wade Rhyne, stipulate and agree that the Court should modify the conditions of Mr. Dasa's release to lift the mental health condition that was added in July 2011 at Mr. Dasa's request.

On March 17, 2011, Mr. Dasa made an initial appearance in this case and the Court released him on conditions. In July 2011, at Mr. Dasa's request, the Court modified Mr. Dasa's release conditions to include mental health counseling. Mr. Dasa is currently working at a full time job, he is stable and he is in full compliance with his release. He does not believe that mental health counseling is necessary and requests that the Court lift this condition.

Mr. Dasa's supervising Pretrial Services officer in the Central District of California, Shakira Davis, has no objection to this request to modify Mr. Dasa's pretrial release. The Pretrial

1  Services Office in this district supports Ms. Davis' position. The parties agree that all other
2  conditions of Mr. Dasa's pretrial release shall remain in effect.

3
4  June 12, 2012    /S/
                    ANGELA M. HANSEN
                    Assistant Federal Public Defender
5
6  June 12, 2012    /S/
                    HARTLEY WEST
7                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER MODIFYING** |
| | ) | **CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) | |
| | ) | |
| VISHAL DASA, | ) | **The Honorable Donna M. Ryu** |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that the previously imposed mental health condition is removed as a condition of Mr. Dasa's pretrial release. All other conditions of Mr. Dasa's pretrial release shall remain in effect.

June __, 2012

                                                   DONNA M. RYU
                                                   United States Magistrate Judge