1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant DASA

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )    No. CR-11-00742 SBA (DMR)
                                       )
11               Plaintiff,            )
                                       )
12          v.                         )    STIPULATED WAIVER OF DEFENDANT
                                       )    VISHAL DASA'S PERSONAL
13                                     )    APPEARANCE AND [PROPOSED]
                                       )    ORDER
14  VISHAL DASA,                       )
                                       )    **The Honorable Donna M. Ryu**
15                                     )
                 Defendants.           )
16  _____ )

17          Defendant Vishal Dasa lives in Hawthorne, California and is supervised by

18  the United States Pretrial Services Office in the Central District of California. He works a full

19  time job during the week. His case is scheduled for a status hearing on July 12, 2012, at 9:30

20  a.m., before the sitting magistrate court.

21          Due to the distance and the cost of transportation, and pursuant to Rule 43 of the Federal

22  Rules of Criminal Procedure, Mr. Dasa hereby waives his right to be present in person in open

23  court at the upcoming status conference, and he further agrees to waive his right to be present at

24  any subsequent status conference hearing, including when the case is set for trial, when a

25  continuance is ordered, and when any other action is taken by the Court before or after trial,

26  except upon initial appearance, arraignment, plea, sentencing and at every stage of trial including

Stipulated Waiver of Defendant Dasa's
Appearance, No. CR-11-00742 SBA

1   jury impanelment and return of the verdict. *See* Rule 43(a). Mr. Dasa requests the Court to

2   proceed in his absence at status conference hearings and further agrees that his interests will be

3   deemed represented at all times by the presence of his attorney, the same as if he were personally

4   present. Mr. Dasa further agrees to be present and ready for trial any day and hour the Court may

5   fix in his absence.

6       Mr. Dasa further acknowledges that he has been informed of his rights under Rule 43 and

7   under Title 18 U.S.C. § 3161 (Speedy Trial Act), and authorizes his attorney to set times and

8   delays under the Speedy Trial Act without his being present.

9       The parties stipulate and agree to Mr. Dasa's absence as stated above and further agree

10   that his personal presence may be waived for the upcoming status conference hearing and at

11   future status conference hearing as set by the Court.

12

13   DATED: July 6, 2012

                           VISHAL DASA
                           Defendant

14

15   DATED: July 6, 2012                   /s/

                           WADE RHYNE
                           Assistant United States Attorney

16

17   DATED: July 6, 2012                   /s/

                           ANGELA M. HANSEN
                           Assistant Federal Public Defender

18                               Counsel for Defendant DASA

19

20

21

22

23

24

25

26

1

## ORDER

2        Pursuant to Rule 43, the stipulation of the parties and the waiver of defendant, Vishal

3   Dasa's personal appearance is waived for the July 12, 2012 status conference hearing and at any

4   subsequent status conference hearing, including when the case is set for trial, when a continuance

5   is ordered, and when any other action is taken by the Court before or after trial, except upon

6   initial appearance, arraignment, plea, sentencing and at every stage of trial including jury

7   impanelment and return of the verdict.

8

9   July __, 2012

                                                    _____

10                                                  DONNA M. RYU
                                                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulated Waiver of Defendant Dasa's
Appearance, No. CR-11-00742 SBA                3