STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00742 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO FEBRUARY 15, |
| v. ) | 2013 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND |
| ) | [~~PROPOSED~~] ORDER |
| VISHAL DASA, ) | |
| ANJI REDDY DIRISINALA, ) | |
| RAMAKRISHNA REDDY KARRA, and ) | Hearing Date: January 4, 2013 |
| TUSHAR TAMBE ) | Time:           10:00 a.m. |
| ) | |
| Defendants. ) | |
| ) | **The Honorable Kandis A. Westmore** |
| ) | |

The above-captioned matter is set on January 4, 2013 before this Court for a status hearing. The parties jointly request that the Court continue the matter to February 15, 2013, at 9:30 a.m., before the sitting magistrate court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 4, 2013 and February 15, 2013, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery. Counsel for Mr. Anji Dirisinala, however, plans to appear on January 4, 2013 on behalf of her client so that new counsel may be appointed.

On October 7, 2011, the United States Attorney filed a one-count Information charging defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).

On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment and were arraigned. Defendants face a maximum sentence of five years imprisonment on this charge.

By way of background, this case is related to a larger investigation involving Tri-Valley University ("TVU"), which the government has alleged was a sham university that accepted foreign students and issued legal status for these students without requiring that they attend classes. *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA. That case is set for trial in the Spring of 2013. The case against Ms. Su is likely to proceed to trial and the parties anticipate that this case will resolve before that trial proceeds.

The four defendants charged in this related case request additional time to review the discovery that the government has already produced, which includes voluminous files from TVU computers that the government seized and that the defendants need to review. Additionally, the defense requested that the government produce additional discovery relating to the broader investigation in this case, and the government has produced that discovery. For these reasons, the defense requests additional time to review discovery and to assess this case, and the parties agree that this is an appropriate reason to continue this case until February 15, 2013.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from January 4, 2013 until February 15, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| 1 | DATED: January 3, 2013 | /S/ |
| 2 | | WADE M. RHYNE<br>HARTLEY M.K. WEST |
| 3 | | Assistant United States Attorneys |
| 4 | DATED: January 3, 2013 | /S/ |
| 5 | | KENNETH MCGUIRE<br>Counsel for Tushar Tambe |
| 7 | DATED: January 3, 2013 | /S/<br>GINNY H.K. WALIA<br>Counsel for Ramakrishna Reddy Karra |
| 9 | DATED: January 3, 2013 | /S/ |
| 10 | | ANGELA M. HANSEN<br>Assistant Federal Public Defender<br>Counsel for Vishal Dasa |

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA         3

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that the defense has requested additional discovery and that the government produced and the defense needs to review;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of January 4, 2013, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, is vacated for all of the defendants except for Anji Dirisinala and is reset for February 15, 2013, at 9:30 a.m. before the sitting magistrate court. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 4, 2013 until February 15, 2013.

January 3, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA            4