| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | HARTLEY M. K. WEST (CABN 191609)<br>WADE M. RHYNE (CABN 216799) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3680<br>Fax: (510) 637-3724 |
| 8 | E-Mail:   hartley.west@usdoj.gov<br>            wade.rhyne@usdoj.gov |
| 9 | |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00742 SBA | |
| | ) | | |
| Plaintiff, | ) | STIPULATION TO REFER CASE TO | |
| | ) | MAGISTRATE JUDGE WESTMORE FOR | |
| v. | ) | CHANGE OF PLEA AND SENTENCING; | |
| | ) | [PROPOSED] ORDER | |
| VISHAL DASA,<br>ANJI REDDY DIRISINALA,<br>RAMAKRISHNA REDDY KARRA, and<br>TUSHAR TAMBE, | )<br>)<br>)<br>) | | |
| | ) | | |
| Defendants. | ) | | |

The United States, by and through its counsel, Assistant U.S. Attorneys Wade Rhyne and Hartley West, and defendants Vishal Dasa, Anji Reddy Dirisinala, Ramakrishna Reddy Karra, and Tushar Tambe, by and through their counsel, hereby request and stipulate that this case be referred to duty U.S. Magistrate Judge Kandis A. Westmore for change of plea.

The government intends to file a Superseding Information against these four defendants, charging them with conspiracy to commit unauthorized access, in violation of 18 U.S.C. § 371, a Class A misdemeanor. The parties jointly request that the defendants be arraigned on the

STIP. TO REFER CASE TO MAG. JUDGE FOR
CHANGE OF PLEA; [PROPOSED] ORDER
CR 11-00742 SBA

1  Superseding Information, and enter guilty pleas, at the same appearance before Judge Westmore
2  on Friday, March 22, 2013. Defendant Dirisinala might require additional time before he can
3  appear for change of plea, in which case the parties will notify the magistrate court and request a
4  later date.
5        The magistrate court has jurisdiction to take guilty pleas and to issues sentences for Class
6  A misdemeanors. *See* 28 U.S.C. § 636(a) and 18 U.S.C. § 3401. A Proposed Order is attached,
7  referring the matter to Judge Westmore for entry of guilty pleas and for sentencing on a
8  Superseding Information in above-captioned matter.

10  DATED: March 21, 2013      Respectfully submitted,

11      MELINDA HAAG
12      United States Attorney

13      /s/
14      WADE M. RHYNE
    HARTLEY M. K. WEST
    Assistant United States Attorneys

16      /s/
17      ANGELA HANSEN
    Attorney for Defendant
    Vishal Dasa

19      /s/
20      MARTHA BOERSCH
    Attorney for Defendant
    Anji Reddy Dirisinala

22      /s/
23      GINNY WALIA
    Attorney for Defendant
    Ramakrishna Reddy Karra

25      /s/
26      KENNETH MCGUIRE
    Attorney for Defendant
    Tushar Tambe

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and consent, and pursuant to its authority under 28 U.S.C. § 636(a) and 18 U.S.C. § 3401, the Court hereby refers the case of *United States v. Vishal Dasa et al.* (CR 11-00742 SBA) to U.S. Magistrate Judge Kandis A. Westmore for entry of guilty pleas on March 22, 2013, and for sentencing on a Superseding Information.

IT IS SO ORDERED.

DATED: _____

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE