| DOCUMENTS UNDER SEAL | | | | TOTAL TIME (mins): | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | NEW CASE | CASE NUMBER |
| **APPEARANCES** | | | | | |
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | |
| INITIAL APPEAR | PRELIM HRG | | MOTION | JUGM'T & SENTG | STATUS TRIAL SET |
| I.D. COUNSEL | ARRAIGNMENT | | BOND HEARING | IA REV PROB. or or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | | CHANGE PLEA | PROB. REVOC. | ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | |
| ADVISED OF RIGHTS | ADVISED OF CHARGES | | NAME AS CHARGED IS TRUE NAME | TRUE NAME: | |
| **ARRAIGNMENT** | | | | | |
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | |
| RELEASED ON O/R | ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY | | REAL PROPERTY: | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |
| **PLEA** | | | | | |
| CONSENT ENTERED | NOT GUILTY | | GUILTY AS TO CT. 1 OF SUP. INFORMATION | GUILTY TO COUNTS: | |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | | PLEA AGREEMENT FILED | OTHER: | |
| **CONTINUANCE** | | | | | |
| TO: | ATTY APPT HEARING | | BOND HEARING | STATUS RE: CONSENT | STATUS TRIAL SET |
| AT: | SUBMIT FINAN. AFFIDAVIT | | PRELIMINARY HEARING OR ARRAIGN-MENT | CHANGE OF PLEA | OTHER |
| BEFORE HON. | DETENTION HEARING | | | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | | IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | |

DOCUMENT NUMBER: