STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 KAW |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO JULY 11, 2014 AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| VISHAL DASA, ANJI REDDY DIRISINALA, RAMAKRISHNA REDDY KARRA, and TUSHAR TAMBE | ) | Hearing Date: June 11, 2014<br>Time: 9:30 a.m. |
| Defendants. | ) | **The Honorable Kandis A. Westmore** |

The above-captioned matter is set on June 11, 2014 before this Court for sentencing. The parties named above jointly request that the Court continue the matter to the Court's July 11, 2014 calendar because the parties would like additional time to prepare this matter for sentencing.

Defendants pleaded guilty in the Spring of 2013 to a misdemeanor information charging each of them with conspiracy to commit unauthorized access of a government computer. The sentencing date was continued until June 2014 because this case was related to the indictment in *United States v. Susan Su*, CR 11-00288-JST. A federal jury convicted Ms. Su in late March, and she is currently scheduled to be sentenced in September 2014.

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW

1   The four defendants named above request additional time to prepare for sentencing.
2   Additionally, defense counsel for Mr. Dasa is unavailable from June 2 through June 20, 2014
3   and unavailable to appear at the currently scheduled sentencing date.  For these reasons, the
4   parties agree that it is appropriate to continue the sentencing hearing date to July 11, 2014.  The
5   probation officer assigned to this case, Jessica Goldsberry, has no objection to this request and a
6   probation officer is available to appear on the requested date.

8   DATED: May 14, 2014                              /S/
9                                                    WADE M. RHYNE
                                                     HARTLEY M.K. WEST
                                                     Assistant United States Attorneys

11  DATED: May 14, 2014                              /S/
                                                     KENNETH MCGUIRE
12                                                   Counsel for Tushar Tambe

14  DATED: May 14, 2014                              /S/
                                                     MARTHA BOERSCH
                                                     LARA KOLLIOS
15                                                   Counsel for Anji Reddy Dirisinala

16  DATED: May 14, 2014                              /S/
                                                     GINNY H.K. WALIA
17                                                   Counsel for Ramakrishna Reddy Karra

19  DATED: May 14, 2014                              /S/
                                                     ANGELA M. HANSEN
                                                     Assistant Federal Public Defender
20                                                   Counsel for Vishal Dasa

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW                                       2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the sentencing date of June 11, 2014 is vacated for all the defendants named in the caption above and reset for July 11, 2014, at 9:30 a.m.

Dated: 5/14/14

KANDIS A. WESTMORE
United States Magistrate Judge